UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:20-CR-67-PPS-JPK ) |
| KESHAUN BROWNLEE, | ) ) ) |
| Defendant. | ) |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Kolar relating to defendant Keshaun Brownlee's agreement to enter a plea of guilty to Count I of the Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 39.]  Following a hearing on the record on April 25, 2022 [DE 42], Judge Kolar found that the defendant understands the charges, the defendant's rights, and the maximum penalties; that the defendant is competent to plead guilty; that there is a factual basis for the defendant's plea; that the defendant knowingly and voluntarily entered into this agreement to enter a plea of guilty; and that the defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Keshaun Brownlee's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 42] in their entirety.

Defendant Keshaun Brownlee is adjudged GUILTY of Count I of the Indictment.

The sentencing hearing is set for August 19, 2022 at 11:30 a.m. Hammond/Central time.

SO ORDERED on May 9, 2022.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT